UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 1:21-cr-20154

v.                                        Honorable Thomas L. Ludington
                                                United States District Judge
JAMES C. JELKS,

                                             Honorable Patricia T. Morris
        Defendant.            United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant James C. Jelks's consent. ECF No. 28. On October 14, 2022, Judge Morris issued an R&R recommending that this Court accept Defendant's guilty plea. ECF No. 32.

Although the R&R states that the parties may object to and seek review of the recommendations within 14 days of service, neither Plaintiff nor Defendant filed any objections. They have therefore waived their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 32, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 28, is **TAKEN UNDER ADVISEMENT**.

Dated: October 31, 2022                            s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge